UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER, et al.<br><br>　　　　Defendants. | No. 1:23-cv-01232-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM E-FILING PAGE LIMITATION<br><br>(ECF No. 2) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On August 18, 2023, Plaintiff filed a motion for relief from the 25-page limitation on the electronic filing of his complaint. (ECF No. 2.)

As Plaintiff is incarcerated at Kern Valley State Prison, he is subject to the Standing Order in Re: Procedural Rules for Electronic Submission of Prison Litigation Filed by Plaintiff's incarcerated at CSP-COR. Pursuant to the standing order, which applies to initial filings: (1) new complaints are subject to e-filing and they may not exceed twenty-five pages in length; and (2) motions seeking relief from the standing order, motions for emergency relief, or motions to increase the page limit shall be no more than fifteen (15) pages. As a California Department of Corrections and Rehabilitation participating facility, no initial documents are accepted for filing by the Clerk of Court unless done pursuant to the standing order or the scanning equipment is inoperable for a period longer than forty-eight (48) hours.

1  Inasmuch as Plaintiff has paid the filing fee in full and shown good cause to exceed the 25-page limitation, Plaintiff's motion is granted and the Clerk of Court shall send Plaintiff a conformed copy of his complaint.

IT IS SO ORDERED.

Dated:  **August 21, 2023**

_____
UNITED STATES MAGISTRATE JUDGE