UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIAN PFEIFFER, et al.<br><br>　　　　　Defendants. | No. 1:23-cv-01232-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE LATE CONSENT FORM<br><br>(ECF No. 5) |

　　　Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

　　　On October 13, 2023, Plaintiff filed a motion to forgive the late filing of his consent/decline of Magistrate Judge jurisdiction, along with submission of the consent/decline form. (ECF No. 5.)

　　　Good cause having been presented, it is HEREBY ORDERED that Plaintiff's consent/decline form is deemed timely filed.

IT IS SO ORDERED.

Dated:　**October 16, 2023**　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1