UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>           Plaintiff,<br><br>     v.<br><br>CHRISTIAN PFEIFFER, et al.<br><br>           Defendants. | No. 1:23-cv-01232-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 22, 23) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On July 16, 2024, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on October 29, 2024, before Magistrate Judge Barbara A. McAuliffe, and stayed the case. (ECF No. 22.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days. (Id.)

On August 15, 2024, Defendant filed a motion to opt-out of the settlement conference because after investigation she believes a settlement conference would be unproductive at this time. (ECF No. 23.)

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for October 29, 2024, before Magistrate Judge Barbara A. McAuliffe is VACATED;

2. The stay of this case is lifted; and

3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated:   **August 16, 2024**

UNITED STATES MAGISTRATE JUDGE